BESSIE SIGEL, PLAINTIFF-RESPONDENT AND CROSS-PETITIONER, v. SOLOMON SIGEL, DEFENDANT-PETITIONER AND CROSS-RESPONDENT.

*Mr. Milton T. Lasher* for the petitioner and cross-respondent.

*Messrs. Schwartz & Schwartz* and *Mr. Herman H. Singer* for the respondent and cross-petitioner.

January 21, 1957. Denied.

HENRIETTA KREAM, PETITIONER-PETITIONER, v. PUBLIC SERVICE COORDINATED TRANSPORT, RESPONDENT-RESPONDENT.

See same case below: 42 *N. J. Super.* 307.

*Mr. Milton Albert* and *Mr. Aaron Gordon* for the petitioner.

*Mr. David M. Sellick* for the respondent.

January 21, 1957. Granted.